IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA                                                                              PLAINTIFF

VS.                                               CIVIL ACTION NO.: 3:12-CV 831 WHB-LRA

TRI-COUNTY CONTRACTORS, INC.;
JOHN K. HUNTER, AND LUVONNE G. HUNTER                               DEFENDANT

## MOTION FOR ATTORNEYS' FEES AND COSTS

Travelers Casualty & Surety Company of America ("Travelers"), submits this Motion for attorneys' fees and costs as set forth in the Memorandum filed simultaneously herewith.

WHEREFORE PREMISES CONSIDERED, Travelers requests the Court grant its motion for attorneys' fees and costs awarding Travelers an additional $7,709.10.

This, the 5th day of August, 2013.

                                                Respectfully submitted,

                                                TRAVELERS CASUALTY AND SURETY
                                                COMPANY OF AMERICA

                                                By Its Attorneys

                                                JONES WALKER L.L.P.

                                                By:  /s  Bradford C. Ray
                                                    Bradford C. Ray

Mark D. Herbert (MSB No. 2370)
Bradford C. Ray (MSB No. 101180)
JONES WALKER L.L.P.
190 E. Capitol Street, Suite 800 (39201)
Post Office Box 427
Jackson, MS  39205
Telephone: (601) 949-4920
Facsimile: (601) 949-4804
mherbert@joneswalker.com
bray@joneswalker.com

{JX068232.1}

1