LAW OFFICE OF

# RENFROE & PERILLOUX, PLLC

648 Lakeland East Drive, Suite A, Flowood, Mississippi 39232
Telephone 601-932-1011 • Facsimile: 601-932-1014

JAMES ELDRED RENFROE, ESQUIRE                                     ROY J. PERILLOUX, ESQUIRE*
Managing Attorney                                                 *Also Licensed in Louisiana


October 29, 2015

### I T E M I Z E D   I N V O I C E

WAG, LLC
c/o Sally N. Wynn
2725 N. Thompson Lane
Murfreesboro, TN 37129

**For Professional Services Rendered:**
WAG, LLC v. Eduardo Flechas, et al.
Our File No.: 14-8012
*For Legal Services rendered in connection with Motion for Contempt ONLY*

Please remit payment to Renfroe & Perilloux, PLLC:

|     | Date | Description of Services | Time | Rate | Amount |
|---|---|---|---|---|---|
| OBR | 10/2/15 | Compile pleadings filed in connection with Motions for Contempt; calendar hearing(s); review motions and briefs | .40 | $92.50 | $37.00 |
| OBR | 10/7/15 | Compile additional pleadings (responses, rebuttals, court docket entries) filed in connection with Motions for Contempt; review same | .50 | $92.50 | $46.25 |
| OBR | 10/9/15 | Assist JER in preparations for motion hearing | .60 | $92.50 | $55.50 |
| JER | 10/9/15 | Attend in hearing in chambers on Motion(s) for Contempt and preparation for same | 2.75 | $185 | $508.75 |
| JER | 10/22/15 | E-mail from C. Koonce re Flechas Confidential Case List per Agreed Judgment for Contempt | .10 | $185 | $18.50 |

WAG, LLC Invoice
October 29, 2015
Page 2

| | | | | | |
|---|---|---|---|---|---|
| OBR | 10/22/15 | Compare Confidential Case List provided by Flechas to WAG creditor cases | .10 | $92.50 | $9.25 |
| OBR | 10/29/15 | Draft and file Motion for Attorney Fees, Memorandum in Support of Attorney Fees, and Lodestar Affidavit | 2.0 | $92.50 | $185.00 |
| JER | 10/29/15 | Review and finalize Motion for Attorney Fees, Memorandum in Support of Attorney Fees, and Lodestar Affidavit | .75 | $185 | $138.75 |
| TOTAL: | | | | | $ 999.00 |

**EXHIBIT 1**