### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON DIVISION

**MCF AF, LLC, et al**                                                    **PLAINTIFFS**

**V.**                                        **CIVIL ACTION NO. 313-CV-00621-DPJ-FKB**

                                                      **CONSOLIDATED WITH**

                                        **CIVIL ACTION NO. 3:13CV636CWR-FKB**

**EDUARDO FLECHAS, et al**                                              **DEFENDANTS**

### WAG, LLC'S MOTION FOR ATTORNEY FEES

WAG, LLC ("WAG"), submits its Motion for attorneys' fees as set forth in the Memorandum

filed simultaneously herewith which Memorandum complies with the lodestar method and *Johnson*

factors as follows:

> (1) the time and labor required for the litigation; (2) the novelty and difficulty of the questions presented; (3) the skill required to perform the legal services properly; (4) the preclusion of other employment by the attorney due to acceptance of the case; (5) the customary fee; (6) whether the fee is fixed or contingent; (7) time limitations imposed by the client or the circumstances; (8) the amount involved and the result obtained; (9) the experience, reputation and ability of the attorneys; (10) the "undesirability" of the case; (11) the nature and length of the professional relationship with the client; and (12) awards in similar cases.

488 F.2d at 717 19.

WHEREFORE PREMISES CONSIDERED, WAG requests the Court grant its motion for

attorneys' fees awarding WAG the amount of $999.00.

Respectfully submitted, this 29th day of October 2015.

WAG, LLC

*/s James Eldred Renfroe*
James Eldred Renfroe

1

James Eldred Renfroe (MSB #10096)
RENFROE & PERILLOUX, PLLC
648 Lakeland East Drive, Suite A
Flowood, MS 39232
Telephone: 601-932-1011
Facsimile: 601-932-1014
jrenfroe@mslawfirm.biz

## CERTIFICATE OF SERVICE

I certify that I have filed this day via the ECF online filing system, a true and correct copy of the foregoing document, which sent notification of filing to all counsel of record.

Dated:   October 29, 2015.

/s James Eldred Renfroe
James Eldred Renfroe