**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**MCF AF, LLC, et al**                                                                 **PLAINTIFFS**

**V.**                                              **CIVIL ACTION NO. 3:13-CV-00621-DPJ-FKB**

**CONSOLIDATED WITH**
**CIVIL ACTION NO. 3:13 CV 636CWR-FKB**

**EDUARDO A. FLECHAS, et al**                                          **DEFENDANTS**

**AFFIDAVIT OF LAURA M. GLAZE**

**STATE OF MISSISSIPPI**
**COUNTY OF RANKIN**

1.      My name is Laura M. Glaze.  All statements in this Affidavit are based upon my personal knowledge.  I am over the age of 18 and competent to testify to the matters herein.

2.      I am a partner at MacNeill McKay & Gay, PLLC, and I have thirteen (13) years of experience practicing law, including litigation and bankruptcy.  I am a member in good standing of The Mississippi Bar.

3.      This affidavit is submitted solely to support the claim of MCS Capital, LLC for attorneys' fees and expenses in connection with the prosecution of MCS's Motion for Citation of Contempt against Eduardo A. Flechas and the other Flechas Defendants.

4.      For this matter, I currently bill my time at $200/hour, a reasonable rate in the surrounding area for my experience and expertise for the work performed.  I expended the reasonable amount of time (28.1 hours) prosecuting MCS's Motion for Citation of Contempt and issues related to the Flechas Defendants' contempt.

5.      Luke Dove has practiced law for forty three (43) years including extensive experience in litigation and bankruptcy matters.  He is a member in good standing in The Mississippi Bar.  Luke Dove has billed his time at $300/hour which is a reasonable rate in the surrounding area for someone of his experience and expertise for the work accomplished.

6.      This is the only matter in which Luke Dove and I have represented MCS Capital, LLC.

7.      Luke Dove and I have submitted a true and correct billing detail as an Exhibit to the Motion for Attorneys' Fees.

8.      Luke Dove and I were careful to divide work so as not to duplicate effort.  We also worked to handle the matters efficiently.

9.      Given the requisite skill required to perform the services for our client properly and professionally, the time incurred in providing such services is reasonable.

This the 30th day of October, 2015.

Respectfully Submitted,

_Laura M. Glaze_

Laura M. Glaze, Counsel for MCS Capital, LLC


SWORN TO AND SUBSCRIBED BEFORE ME, this the _30th_ day of October, 2015.

_Donna W. Maddox_

NOTARY PUBLIC

MY COMMISSION EXIRES:

_____

Luke Dove, Esq. (MSB # 6174)
Dove & Chill
1020 Highland Colony Parkway, Suite 412
Ridgeland, Mississippi 39157
Telephone: 601.352.0999
Facsimile: 601.352.0990
Email: lukedove@dovechill.com


Laura M. Glaze, Esq. (MSB # 100625)
MacNeill, McKay & Gay, PLLC
582 Lakeland East Drive, Suite B
Flowood, MS 39232
Telephone: 601.936.2800
Facsimile: 601.936.2801
Email: lglaze@mmgms.com